UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MARCO VERCH,

                Plaintiff,

- against -

MIXPANEL, INC.

                Defendant.

Docket No. 1:19-cv-1185

## NOTICE OF SETTLEMENT

The parties have reached a settlement in principle. The parties will file their notice of dismissal within the next 30 days.

/s/Richard Liebowitz

*Counsel for Plaintiff*